UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JAMES V. FRANIZER,

        Petitioner,

    v.

B. BIRKHOLZ,

        Respondent.

No. 2:25-cv-06955-MRA-BFM

ORDER ACCEPTING
MAGISTRATE JUDGE'S
REPORT AND
RECOMMENDATION

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.     The Report and Recommendation is accepted.

2.     The Petition is denied.

3.     Judgment shall be entered dismissing this action without prejudice.

4.     The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED:  February 12, 2026

_____
HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2