UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL RAHUL,<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER, *et al.*,<br><br>                    Respondents. | Case No. 5:26-cv-00209-FLA (KESx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE [DKT. 13]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 13).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Ground Two of the Petition is GRANTED.

2. Respondents shall provide Petitioner with an individualized bond hearing before a neutral immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order.

1

3. In the event Petitioner is released from custody after a bond hearing, Respondents shall transfer Petitioner back to the Central District of California.

4. Respondents are otherwise enjoined from further transferring, relocating, or removing Petitioner, other than back to the Central District of California, without further order of the court and pending final adjudication of this action.

5. The parties shall meet and confer and file a joint status report within fourteen (14) days of the date of this Order.  The joint status report shall address: (a) the state of Respondents' compliance with this Order and provision to Petitioner of a bond hearing before a neutral immigration judge, (b) Petitioner's custodial status, including his location in the event he remains in custody, and (c) whether the other grounds alleged in the Petition are moot.

IT IS SO ORDERED.

Dated: February 13, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge